INSTRUCTION NO. \_\_\_\_        *Gaudin*

You heard evidence that the defendant(s) may have committed other wrongs acts not charged here. You may consider this evidence only for its bearing, if any, on the question of the defendants' intent and for no other purpose. You may not consider this evidence as evidence of guilt of the crime for which the defendant(s) are now on trial.

*refuse as covered
Jyst #4*

Defendant's Proposed Instruction No. <u>D-1</u>

Authority:   Ninth Circuit Model Criminal Jury Instr. 2.10 (2010).

"Other acts"

## DIDIER'S PROPOSED JURY INSTRUCTION NO. 5

*Reasonable Doubt in Close Cases*

If the prosecution's evidence gives equal or nearly equal circumstantial support to competing explanations for an element of a charge, one consistent with the prosecution's theory of guilt but the other an equally plausible innocent reason for the same facts offered by the defense, then you must necessarily entertain a reasonable doubt as to the truth of an element of the charge and, therefore, find the defendant not guilty.

*Principle of Equity*

*[signature] 3-21-2013*

*United States v. Glenn*, 312 F.3d 58 (2d Cir. 2002)

Given_____          Refused __X__          Objection[ ]