IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
MAR 22 2013
Clerk, U.S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIN DIANNE DIDIER and SURAYYA MAHASIN NASIR,<br><br>Defendants. | CR 12-36-M-DWM<br><br>VERDICT |
|---|---|

1. We the Jury, in the above-entitled cause, find the defendant, CHRISTIN DIANNE DIDIER, as to Count I of the Indictment pending against her:

☐ Not Guilty

☒ Guilty

2. We the Jury, in the above-entitled cause, find the defendant, CHRISTIN DIANNE DIDIER, as to Count II of the Indictment pending against her:

☐ Not Guilty

☒ Guilty

3. We the Jury, in the above-entitled cause, find the defendant, CHRISTIN DIANNE DIDIER, as to Count III of the Indictment pending against her:

☐ Not Guilty

☒ Guilty

4. We the Jury, in the above-entitled cause, find the defendant, CHRISTIN DIANNE DIDIER, as to Count IV of the Indictment pending against her:

☐ Not Guilty

☒ Guilty

5. We the Jury, in the above-entitled cause, find the defendant, CHRISTIN DIANNE DIDIER, as to Count V of the Indictment pending against her:

☐ Not Guilty

☒ Guilty

6. We the Jury, in the above-entitled cause, find the defendant, CHRISTIN DIANNE DIDIER, as to Count VI of the Indictment pending against her:

☐ Not Guilty

☒ Guilty

7. We the Jury, in the above-entitled cause, find the defendant, CHRISTIN DIANNE DIDIER, as to Count VII of the Indictment pending against her:

☐ Not Guilty

☒ Guilty

8. We the Jury, in the above-entitled cause, find the defendant, CHRISTIN DIANNE DIDIER, as to Count IX of the Indictment pending against her:

☐ Not Guilty

☒ Guilty

DATED this 22 day of March, 2013.

FOREPERSON