Colin M. Stephens
SMITH & STEPHENS, P.C.
315 W. Pine
Missoula, MT 59802
Phone: (406) 721-0300
Fax: (406) 721-5370
colin@smithstephens.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> CHRISTIN DIANNE DIDIER, and SURAYYA MAHASIN NASIR, <br> Defendant. | CR 12-36-M-DWM <br><br> DEFENDANT DIDIER'S OPPOSED RULE 29(c) MOTION |

## MOTION

Christin Dianne Didier, hereby respectfully renews her Motion for Judgment of Acquittal pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure. Support for this Motion is set forth in the accompanying Brief in Support filed contemporaneously with this Motion.

Counsel for the Government, Timothy J. Racicot, has been contacted regarding this Motion and **does object**. Counsel for co-defendant Surayya Nasir has been contacted regarding this Motion and **does not object**.

Respectfully submitted this 5th day of April, 2013.

        /s/ Colin M. Stephens
Colin M. Stephens
SMITH & STEPHENS, P.C.
Attorney for Didier

## **CERTIFICATE OF SERVICE**

I, Colin M. Stephens, do hereby certify that I delivered a true and correct copy of this Rule 29(c) Motion to the following individuals via the means indicated.

Timothy J. Racicot.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CM/ECF
Assistant Attorney General

Michael Donahoe.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CM/ECF
Senior Litigator
Federal Defenders of Montana

Dated this 5th day of April, 2013.

        /s/ Colin M. Stephens
Colin M. Stephens
SMITH & STEPHENS, P.C.
Attorney for Didier