IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIN DIANNE DIDIER and SURAYYA MAHASIN NASIR,<br><br>Defendants. | CR 12–36–M–DWM<br><br><br><br>ORDER |

    Ms. Didier and Ms. Nasir were convicted of mail fraud and conspiracy to commit mail fraud March 22, 2013, after a week-long jury trial. The Defendants' Motions for a Judgment of Acquittal are now before the Court.

    IT IS ORDERED that the sentencings in this matter, scheduled for July 31, 2013, are hereby VACATED.

    IT IS FURTHER ORDERED that Ms. Didier's Motion for Judgment of Acquittal (doc. 106) is GRANTED.

    IT IS FURTHER ORDERED that Ms. Nasir's Motion for Judgment of Acquittal (doc. 108) is GRANTED.

    IT IS FURTHER ORDERED that Ms. Nasir's Motion for a New Trial (doc. 108) is CONDITIONALLY GRANTED.

IT IS FURTHER ORDERED that Ms. Nasir's Ex-parte Motion (doc. 120) is DENIED as MOOT.

IT IS FURTHER ORDERED that Judgment shall not be entered in this case until the Court has filed its written explanation of reasoning for granting the Motions for Judgment of Acquittal and conditionally granting the Motion for a New Trial.

DATED this 30th day of July, 2013.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT