**TIMOTHY J. RACICOT**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Tim.Racicot2@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 12-36-M-DWM |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| CHRISTIN DIANNE DIDIER, and SURAYYA MAHASIN NASIR, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the United States of America,

by and through its counsel, Timothy J. Racicot, Assistant U.S. Attorney

for the District of Montana, appeals to the United States Court of

Appeals for the Ninth Circuit from the Order granting the defendants'

motions for judgments of acquittal and defendant Nasir's motion for a

new trial, entered on July 30, 2013.

      Respectfully submitted this 26th day of August, 2013.

MICHAEL W. COTTER
United States Attorney


*/s/ Timothy J. Racicot*_____
Assistant U.S. Attorney
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, a copy of the foregoing

document was served on the following persons by the following means:

      (1-3)  CM/ECF
      ( )     Hand Delivery
      ( )     U.S. Mail
      ( )     Overnight Delivery Service
      ( )     Fax
      ( )     E-Mail

1.     Clerk, U.S. District Court

2.     Colin M. Stephens
      SMITH & STEPHENS, P.C.
      315 W. Pine
      Missoula, MT 59802
           Counsel for Christin Dianne Didier

3.     Michael Donahoe
      Senior Litigator
      Federal Defenders of Montana
      50 West 14th Street, Suite 300
      Helena, MT 59601-3332
           Counsel for Surayya Mahasin Nasir

                          */s/ Timothy J. Racicot*
                          Assistant U.S. Attorney
                          Attorney for Plaintiff