IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTIN DIANNE DIDIER and<br>SURAYYA MAHASIN NASIR,<br><br>　　　　　　　　Defendants. | CR 12-36-M-DWM<br><br>JUDGMENT OF ACQUITTAL |

　　　　IT IS HEREBY ORDERED that the defendants are acquitted, discharged, and any bond exonerated.

　　　　DATED this 4th day of October, 2013.

　　　　　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　　　　　　　　　　　　By: /s/ A.S. Goodwin
　　　　　　　　　　　　　　　　　　　　Deputy Clerk